UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV962 CDP |
| ) | |
| DIAMOND KINGS LLC, et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

Plaintiff has filed motions for default judgment against defendants Diamond Kings LLC and Craig Morris. The Clerk of Court granted Entry of Default against Craig Morris on October 24, 2012, and against Diamond Kings LLC on December 21, 2012. Based on the pleadings and evidence produced by the plaintiff, it has established its right to obtain a default judgment in the statutory amount of $100,000 against these defendants, as well as its reasonable costs.

However, plaintiff filed separate motions for default judgment against these defendants, each seeking a judgment in the amount of $100,000. In its complaint, plaintiff seeks "statutory damages in the amount of $100,000 against defendants" for one particular violation of 47 U.S.C. § 605. Thus, I will only allow plaintiff to recover $100,000 against these defendants jointly and severally, in accordance with the statute and plaintiff's complaint.

Plaintiff shall file a bill of costs to recover its specific costs incurred in this action pursuant to Local Rule 54-8.03. Plaintiff also seeks to recover interest on this judgment at the state statutory rate of nine percent. All federal judgments draw interest at the (much lower) federal rate set by federal law, so there is no need to include interest in the judgment form.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Joe Hand Promotions, Inc.'s motion for default judgment against Craig Morris [#18] and motion for default judgment against Diamond Kings LLC [#22] are GRANTED IN PART, and a default judgment in the amount of $100,000, together with reasonable costs, will be entered this same date. Plaintiff must file its bill of costs by the date set by Local Rule.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2013.